# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-7145            September Term, 2006

06cv01476



**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 1/25/07
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

Filed On:

Tyrone Hurt,
        Appellant

v.

Singh, Dr.,
        Appellee

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED DEC 2 2 2006

CLERK

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Ginsburg, Chief Judge, and Randolph and Garland, Circuit Judges

### JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. It is

**ORDERED AND ADJUDGED** that the district court's order filed August 22, 2006 be affirmed. The district court did not abuse its discretion in dismissing the action without prejudice for noncompliance with Fed. R. Civ. P. 8(a). See, e.g., Ciralsky v. CIA, 355 F.3d 661, 669 (D.C. Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk